**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 1, 2022.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-21-00692-CV

---

### UNION PACIFIC RAILROAD COMPANY, Appellant

### V.

**DEBREK BOOKMAN; BRIDGET PEARL BRANCH; EDDIE DAVID BROOKS; RAYNETTA M. BROOKS; JAMES CARTER, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JOHN CARTER (DECEASED) AND LUERENE CARTER (DECEASED); MADILINE CORMIER; MARY DAVENPORT; JAMES DOSIA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JAMES A. DOSIA, SR. (DECEASED); EVA DOUGLAS, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JOE WILLIAM DOUGLAS (DECEASED); RETHA DOZE; PONDER EDMONSON, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF RUBY MARIE EDMONSON (DECEASED); JOHN FOREMAN; ANTHONY FREEMAN, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF BOBBIE FREEMAN (DECEASED); REGINA HARMASON, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ARTHUR BROWN (DECEASED); MAURINE HUNTER; EOLA MAE JACKSON, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF LEE HUEY JACKSON (DECEASED); JERMED JONES,**

**INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF DONALD JONES (DECEASED); MARTHA JOURNET; ELMO MOREHEAD JR.; JOYCE PITMAN, INDIVIDUALLY AND AS REPRESENTATIVE OF BERNARD ALLEN PITTMAN (DECEASED); BRENDA JOYCE PRICE; LUCILLE WILTURNER; PAMELA SMITH, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF WILLIE HILLARD (DECEASED); SHONE JEFFERSON, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF LEWIS JEFFERSON (DECEASED); JOE HICKMAN, INDIVIDUALLY AND REPRESENTATIVE OF THE ESTATE OF CHARLES HICKMAN (DECEASED); BARBARA BRANTLEY, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF WILLIE MAE MCGILBRAY (DECEASED); JOSEPHINE H. BELL, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF FLORITA HELLEMAN (DECEASED); FREDDIE MOREHEAD, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF LENA MOREHEAD (DECEASED); ATTIMA HARVEY; SHIRLEY JONES; TROY JACKSON, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF MARVIS JACKSON (DECEASED); DEANDRA DAVIS JOHNSON, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF EDDIE DAVIS (DECEASED); AND CHLOE WARE; INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF DORATHY REED (DECEASED) AND BRUCE REED (DECEASED), Appellees**

---

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-50469**

---

### MEMORANDUM OPINION

This is a statutory interloutory appeal from an order signed November 10, 2021. *See* Tex. Civ. Prac. & Rem. Code Ann. §§ 27.003, 51.015(12). On August 23, 2022, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1). The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Spain, Poissant, and Wilson.